**No. 10-743. Donald Sullivan, Petitioner v. North Carolina.**

562 U.S. 1201, 131 S. Ct. 1053, 178 L. Ed. 2d 866, 2011 U.S. LEXIS 919.

January 24, 2011. Petition for writ of certiorari to the Court of Appeals of North Carolina denied.

Same case below, 202 N.C. App. 553, 691 S.E.2d 417.